in the morning w<sup>th</sup> all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> 22th Septemb<sup>r</sup> 1676. . . . The Jury . . . found for the plaint<sup>s</sup> Forty pounds mony damage & costs of Court, allowed by the Court three pounds Eight Shillings and four pence. Samuel Haugh as Surety for the Def<sup>t</sup> who appeared at the tryall appealed from this judgem<sup>t</sup> unto the next Court of Assistants & himselfe as principall in Forty pounds & Richard Collacot & John Smith Sureties in £.20. apeice acknowledged themselves respectively bound . . . on condition the abovenamed John Harbour or Samuel Haugh should prosecute this appeale . . .

[ See Records of Court of Assistants, i. 80.]

## MASON agt. LAWTON

John Mason plaint. ag<sup>t</sup> John Lawton Defendant  The plaint. was nonSuted in failure of process  the Def<sup>t</sup> being Sued by bond & no bond of his appearing ag<sup>t</sup> him.  [ 403 ]

## HARRIS ag<sup>t</sup> TURNER

William Harris plaint. ag<sup>t</sup> Ephraim Turner Def<sup>t</sup> in an action of the case for not paying unto him the s<sup>d</sup> Harris the Summe of Fifteen pound Sixteen Shillings and three pence in mony due upon ballance of Account owned & underwritt by s<sup>d</sup> Turner as may bee made to appeare with all due damages according to attachm<sup>t</sup> dat<sup>d</sup> October. 24° 1676. . . . The Jury . . . found for the plaintiffe Fifteen pounds Sixteen Shillings three pence mony & costs of Court allowed by the Court Fifteen Shillings & two pence; The Def<sup>t</sup> appealed from this judgement unto the next Court of Assistants & himselfe principall in Sixteen pounds & Hudson Leverett & John Pease Sureties in Eight pounds apeice acknowledged themselves respectiuely bound . . . on condition the s<sup>d</sup> Ephraim Turner should prosecute his appeale . . .

[ See Records of Court of Assistants, i. 83.]

## JOHNSON agt. HUNT

John Johnson plaint. ag<sup>t</sup> John Hunt Def<sup>t</sup> in an action of the case for witholding a Shop and the pu<sup>r</sup>viledges belonging to it from the s<sup>d</sup> Johnson with due damages according to attachm<sup>t</sup> dat<sup>d</sup> October.